JOHNSON *v.* MICHIGAN PAROLE BOARD.

MANDAMUS—MOOT QUESTION—SENTENCE.

Mandamus to compel allowance of time on sentence which petitioner had been imprisoned under his original sentence is not granted, where he has already been discharged from prison by reason of completion of sentence imposed less special good time, the question being moot.

Original mandamus by Paul Johnson against Michigan Parole Board to compel credit allowance for time during which he was incarcerated. Submitted July 5, 1960. (Calendar No. 48,816.) Writ denied October 12, 1960.

*Paul Johnson, in propria persona.*

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *Perry A. Maynard* and *Daniel J. O'Hara,* Assistant Attorneys General, for defendant.

PER CURIAM. Plaintiff's petition for a writ of mandamus having been granted, an order to show cause why a peremptory writ of mandamus should not issue commanding defendant to rescind its order declaring 10 months of plaintiff's original sentence as "dead time" was entered on June 8, 1960, and the case docketed for assignment in the June, 1960, term of Court.

REFERENCES FOR POINTS IN HEADNOTES

34 Am Jur, Mandamus § 60.

Plaintiff having completed the sentence imposed, less special good time, was discharged from the penal institution on August 17, 1960.

The question presented in this appeal is, therefore, moot and the writ of mandamus denied.

DETHMERS, C. J., and CARR, KELLY, SMITH, BLACK, EDWARDS, KAVANAGH, and SOURIS, JJ., concurred.